IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Brian K. Cummings, | : |
| | : |
| Plaintiff(s), | : |
| | : Case Number: 1:09cv602 |
| vs. | : |
| | : Chief Judge Susan J. Dlott |
| Commissioner of Social Security, | : |
| | : |
| Defendant(s). | : |

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on August 26, 2010 a Report and Recommendation (Doc. 13). Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 14).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, the substantial evidence justifies the decision by Administrative Law Judge, Thomas R. McNichols II, and since his analysis is thorough and thoughtful, it is **ORDERED** that

the Administrative Law Judge's decision is AFFIRMED. This case is hereby **DISMISSED** from the docket.

IT IS SO ORDERED.

                ___s/Susan J. Dlott_____
                Chief Judge Susan J. Dlott
                United States District Court